AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Iowa

| | | |
|---|---|---|
| Casey's General Stores | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:10-cv-265 |
| Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alimentation Couche-Tard Inc.
4204 Industriel Blvd.
Laval (Quebec) H7L 0E3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward W. Remsburg
Ahlers & Cooney, P.C.
100 Court Ave., Suite 600
Des Moines, IA 50309

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/11/10

*Signature of Clerk or Deputy Clerk*

By: Lisa Fratino

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

CASEY'S GENERAL STORES, INC.,            Civil Action No. 4:10-cv-265

                Plaintiff,

-against-

ALIMENTATION COUCHE-TARD INC., ACT
ACQUISITION SUB, INC.,

                Defendants.

---

**RETURN OF SERVICE UNDER OATH OF OFFICE**
**AFFIDAVIT OF SERVICE**

      I, ALAIN ROY, a sworn Bailiff practicing my profession in the Province of Québec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, place d'Armes, Suite 800, in the City of Montréal, Province of Québec, Canada, being under my oath of office, DO DECLARE:

1-     THAT I am over twenty-one years old and not party of this action;

2-     THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Québec to effect service of legal process in and within the limits of the said Province;

3-     THAT I did on Friday, the 11th day of June, 2010, at 2:50 p.m., serve a copy of a **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, MATERIALS FOR THE CLERK OF COURT TO PROVIDE TO PLAINTIFFS WHO FILE CIVIL CASES ON OR AFTER JANUARY 1, 2008 FOR SERVICE ON ALL OTHER PARTIES ( (1) LOCAL RULE 7.1, (2) STATEMENT OF INTEREST FORM, (3) LOCALRULE 10.H, (4) NOTICE OF PUBLIC AVAILABILITY OF CASE FILE INFORMATION, (5) LOCAL RULE 16, (6) INSTRUCTIONS AND WORKSHEET FOR THE SCHEDULING ORDER AND DISCOVERY PLAN AND (7) SCHEDULING ORDER AN DISCOVERY PLAN)**, upon ALIMENTATION COUCHE-TARD INC., one of the Defendants in this action, therein named, by speaking to and leaving the same thereof for ALIMENTATION COUCHE-TARD INC., with ISABELLE MONDOR, Paralegal, a person appearing in care and control and/or management of ALIMENTATION COUCHE-TARD INC., at its said place of business located at 4204, Industriel Boulevard, in the City of Laval, Province of Québec, H7L 0E3, Canada;



4-  THAT the said ISABELLE MONDOR declared to me that she is a person appearing in care and control and/or management of the said respondent company and is authorized to accept service of legal process on its behalf;

5-  THAT the said ISABELLE MONDOR accepted the document so served on behalf of the said respondent company.

| | |
|---|---|
| SWORN TO BEFORE ME,<br>in the city and judicial district of Montréal<br>in the Province of Québec, Canada<br>this 14th day of June, 2010<br><br>_____<br>A Notary in and for the Province of Québec<br>My commission is for life | AND I HAVE SIGNED,<br><br><br><br>_____<br>ALAIN ROY<br>Bailiff of justice |