**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC. | ) | No. 4:10-cv-265 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MOTION FOR ADMISSION PRO HAC VICE |
| ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC., | ) ) ) | |
| Defendants. | ) ) | |

J. Wes Earnhardt, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Casey's General Stores, Inc.  J. Wes Earnhardt states that he is a member in good standing of the bar of the State of New York.  J. Wes Earnhardt agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

J. Wes Earnhardt further states he will comply with the associate counsel requirements of LR 83.2(d)(3) by associating with Edward Remsburg, an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case.

/s/ Wes Earnhardt
J. Wes Earnhardt
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1138
Facsimile:  (212) 474-3700
Email:  wearnhardt@cravath.com

Electronically filed.

Electronically served on all parties.

| CERTIFICATE OF SERVICE | |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on <u>June 15, 2010.</u> | |
| **By**  ☐ **U.S. Mail** | ☐ **Fax** |
| ☐ **Hand Delivery** | ☐ **Private Carrier** |
| ☒ **Electronically through CM-ECF** | |
| **Signature** /s/ Amanda G. Wachuta_____ | |

AWachuta/ 659733.1 /MSWord