**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC. | ) | No. 4:10-cv-265 |
| Plaintiff, | ) | |
| v. | ) | **CASEY'S GENERAL STORES, INC.'S DISCLOSURE STATEMENT** |
| ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC., | ) | |
| Defendants. | ) | |

COMES NOW the Plaintiff, Casey's General Stores, Inc., pursuant to Local Rule 7.1, and submits its Disclosure Statement.

**Names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case, and with respect to each, a description of its connection to or interest in the litigation:**

- Casey's Marketing Company, Casey's Retail Company, Casey's Service Company, and CGS Sales Corp. are wholly owned subsidiaries of Casey's General Stores, Inc.

- Casey's General Stores, Inc. owns a 50% interest in C & R Aviation, Inc.

- Casey's General Stores, Inc. owns the entity Iowa Stores, L.L.C.

/s/ Edward W. Remsburg
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
J. Wes Earnhardt
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1422
Facsimile:  (212) 474-3700
Email:  rbaron@cravath.com
           wearnhardt@cravath.com

Electronically filed.

Electronically served on all parties.

**CERTIFICATE OF SERVICE**

**The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on June 17, 2010.**

| **By** | ☐ **U.S. Mail** | ☐ **Fax** |
|---|---|---|
|  | ☐ **Hand Delivery** | ☐ **Private Carrier** |
|  | ☒ **Electronically through CM-ECF** | |

**Signature  /s/ Amanda G. Wachuta**_____

AWachuta/ 659786.1 /MSWord