**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CASEY'S GENERAL STORES, INC.,<br><br>                                 Plaintiff,<br><br>-against-<br><br>ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC.,<br><br>                               Defendants. | Civil Action No. 4:10-cv-265<br><br>**UNOPPOSED MOTION TO EXCEED PAGE LIMIT APPLICABLE TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**<br><br>**ECF CASE** |

**<u>UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT APPLICABLE TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION</u>**

Pursuant to Local Rule 7(h), Plaintiff Casey's General Stores, Inc. ("Casey's") respectfully requests leave to file its Memorandum in Support of its Motion for a Preliminary Injunction ("Memorandum") with 12 pages more than the 20-page limit set by the Local Rules. Casey's request is supported by good cause because (1) the legal issues and facts pertinent to Casey's Memorandum are complex; (2) the applicable legal standard for preliminary injunctive relief requires a movant to show a likelihood of success on the merits and, therefore, Casey's has included in its Memorandum a concise but complete discussion of the merits of its three claims, in addition to discussing the other legal requirements for injunctive relief; and (3) the governing legal standards for two of Casey's three claims contain several elements, each of which Casey's has supported with citations to applicable case law.

Pursuant to Local Rules 7(l) and 37, counsel for Casey's conferred with counsel for Defendants with respect to its request for 12 additional pages. Defendants have

consented to Casey's filing of a brief of 32 pages in support of its motion for a preliminary injunction. Therefore, this motion is unopposed.

June 18, 2010

/s/ Edward W. Remsburg
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
J. Wes Earnhardt
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1422
Facsimile: (212) 474-3700
Email: rbaron@cravath.com
         wearnhardt@cravath.com

Electronically filed.

Electronically served on all parties.

Copy via email to:

Jay Eaton
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Phone: (515) 283-3158
Fax: (515) 283-3108
je@nyemaster.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on <u>June 18, 2010.</u>

| By | ☐ U.S. Mail | ☐ Fax |
|---|---|---|
| | ☐ Hand Delivery | ☐ Private Carrier |
| | ☒ Electronically through CM-ECF / Email | |

Signature _/s/ Amanda G. Wachuta_____