# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

CASEY'S GENERAL STORES, INC.,

Plaintiff,

-against-

ALIMENTATION COUCHE-TARD INC., ACT
ACQUISITION SUB, INC.,

Defendants.

**Civil Action No.  4:10-cv-265**

**DECLARATION IN SUPPORT OF
MOTION FOR A PRELIMINARY
INJUNCTION AND MOTION FOR
EXPEDITED DISCOVERY AND AN
EXPEDITED SCHEDULE**

**ECF CASE**

## DECLARATION OF J. WES EARNHARDT

I, J. WES EARNHARDT, hereby declare the following under the penalty

of perjury:

1.      I am an associate at Cravath, Swaine & Moore LLP and counsel to

Plaintiff Casey's General Stores, Inc. ("Casey's") in the above-captioned matter.  I

respectfully submit this declaration in support of Plaintiff's Motion for a Preliminary

Injunction and Plaintiff's Motion for Expedited Discovery and an Expedited Schedule.

2.      Pursuant to Local Rules 7(l) and 37, counsel for Casey's has

conferred in good faith with counsel for Defendants Alimentation Couche-Tard, Inc. and

ACT Acquisition Sub, Inc. (together, "Couche-Tard") with regard to (i) Casey's Motion

for Expedited Discovery and an Expedited Schedule; (ii) Casey's Motion for a

Preliminary Injunction; and (iii) Casey's Motion to Exceed the Page Limit Applicable to

Plaintiff's Memorandum in Support of its Motion for a Preliminary Injunction.  Couche-

Tard has consented to Casey's request to file a 32 page brief in support of its Motion for

Preliminary Injunction.  Couche-Tard does not consent to Casey's Motion for a

Preliminary Injunction or to Casey's Motion for Expedited Discovery and Expedited

Schedule.

3.      Attached as Exhibit A is a true and correct copy of an article titled "Couche-Tard Investors Eager For Next Buy; Q4 Profit Up; Acquisition Needed To Boost Stock Out of 'Ho-Hum Story': Analysts", by Sean Silcoff, published in the July 18, 2007 edition of the National Post's Financial Post & FP Investing.

4.      Attached as Exhibit B is a true and correct copy of a RBC Capital Markets Corp. analyst report titled "Alimentation Couche-Tard, Re-Setting the Pump: Q3 Results Reflect Gas Prices, Weak Economy", dated March 10, 2010.

5.      Attached as Exhibit C is a true and correct copy of the "About Casey's" section of the Casey's General Stores, Inc. website as of June 14, 2010, available at http://www.caseys.com/about_us.html.

6.      Attached as Exhibit D is a true and correct copy of the Schedule to (Rule 14d-100) Tender Offer Statement Pursuant to Section 14(d)(1) or 13(e)(1) of the Securities and Exchange Act of 1934 (Schedule TO-C), filed by Couche-Tard with the Securities and Exchange Commission ("SEC") on April 9, 2010.

7.      Attached as Exhibit E is a true and correct copy of the Intra-Day Price Intervals for Casey's General Stores, Inc.'s stock price on April 9, 2010, published by Bloomberg Finance L.P., as of June 10, 2010.

8.      Attached as Exhibit F is a true and correct copy of an article titled "Update 4-Casey's Rejects Couche-Tard $1.85 Bln Bid", by Scott Anderson, published on April 9, 2010 by Reuters News.

9.      Attached as Exhibit G is a true and correct copy of an article titled "Casey's General Stores Rejects Couche-Tard's US $1.8B Hostile Takeover Bid", published in the April 9, 2010 edition of the Waterloo Chronicle.

10.    Attached as Exhibit H is a true and correct copy an article titled "Couche-Tard's Big U.S. Bid Rejected; Convenience Store Operator's $1.9-Billion (U.S.) Offer For Casey's General Stores Dismissed As Too Low", by Bertrand Marotte, published in the April 9, 2010 edition of The Globe and Mail.

11.    Attached as Exhibit I is a true and correct copy of an article titled "Couche-Tard Hostile Casey's Bid Rejected; 'On The Cheap'", by Eric Lam, published in the April 10, 2010 edition of the National Post's Financial Post & FP Investing.

12.    Attached as Exhibit J is a true and correct copy of an article titled "Couche-Tard Makes Fresh Push Into U.S.; Quebec-Based Convenience Store Giant Launches $1.9 Billion (U.S.) Hostile Bid For Midwest Chain", by Bertrand Marotte, published in the April 10, 2010 edition of The Globe and Mail.

13.    Attached as Exhibit K is a true and correct copy of an article titled "Couche-Tard Seeks Stores", by Ross Marowits, published in the April 10, 2010 edition of the Waterloo Region Record.

14.    Attached as Exhibit L is a true and correct copy of an article titled "Casey's Rejects Couche-Tard Offer", by Carl Renaud, published in the April 10, 2010 edition of the Sarnia Observer.

15.    Attached as Exhibit M is a true and correct copy of an article titled "COMMENT: Long Road Ahead For Couche-Tard In Casey's Pursuit", by Dean Best, published on April 13, 2010 by Just-Food.com.

16.    Attached as Exhibit N is a true and correct copy of an article titled "Will Couche-Tard Raise Its Bid?; First Offer For Casey's Is Rejected", by Peter Hadekel, published in the April 14, 2010 edition of The Gazette.

17.    Attached as Exhibit O is a true and correct copy of an article titled

"Exposing a Vulnerability: Who Else Could Buy Casey's General Stores And How Much Would It Cost?", published in the April 14, 2010 edition of the Convenience Store / Petroleum Daily News.

18.     Attached as Exhibit P is a true and correct copy of an article titled "Moody's Puts Couche-Tard Under Review For Downgrade On News Of Casey's Bid", by David Pett, published in the April 14, 2010 edition of the National Post's Financial Post & FP Investing.

19.     Attached as Exhibit Q is a true and correct copy of an article titled "Casey's Rejects Buyout Offer", in the April 19, 2010 edition of the Supermarket News.

20.     Attached as Exhibit R is a true and correct copy of the Schedule TO (Rule 14d-100) Tender Offer Statement Pursuant to Section 14(d)(1) or 13(e)(1) of the Securities and Exchange Act of 1934 (Schedule TO-T), filed by Couche-Tard with the SEC on June 2, 2010.

21.     Attached as Exhibit S is a true and correct copy of an article titled "Bid For Casey's Directed To Shareholders; US$1.9B Offer; Couche-Tard's Hostile Offer Set At US$36 A Share", by Eric Lam, published in the June 3, 2010 edition of the National Post's Financial Post & FP Investing.

22.     Attached as Exhibit T is a true and correct copy of an article titled "Bad Timing For Couche-Tard's Hostile Bid", by Andrew Willis, published in the June 4, 2010 edition of The Globe and Mail.

23.     Attached as Exhibit U is a true and correct copy of Couche-Tard's letter to Casey's General Stores, Inc. regarding Shareholder Notice of Nomination of Persons for Election as Directors and Proposal of Shareholder Business at the 2010 Annual Meeting of Shareholders of Casey's General Stores, Inc., dated June 7, 2010.

4

24.     Attached as Exhibit V is a true and correct copy of the Casey's General Stores, Inc. Solicitation/Recommendation Statement Under Section 14(d)(4) of the Securities Exchange Act of 1934 (Schedule 14D-9), filed with the SEC on June 8, 2010 ("Schedule 14D-9").

25.     Attached as Exhibit W is a true and correct copy of an article titled "HEARD ON THE STREET: Alimentation's Marriage Of Convenience", by John Jannarone, published on June 8, 2010 by the Dow Jones News Service.

26.     Attached as Exhibit X is a true and correct copy of an article titled "A Bid to Buy and Sell", by Jeffrey Goldfarb, published in the June 15, 2010 edition of the New York Times.

27.     Attached as Exhibit Y is a true and correct copy of a chart of the daily opening, closing, high and low prices and trading volume of Casey's General Stores, Inc. (CASY) from September 24, 2009 through June 10, 2010, downloaded from http://banker.thomsonib.com.

28.     Attached as Exhibit Z is a true and correct copy of the "Our Company; History" section of the Alimentation Couche-Tard Inc. website, as of June 14, 2010, available at http://www.couche-tard.com/corporatif/history.html.

29.     Attached as Exhibit AA is a true and correct copy of an article titled "Breakingviews-Hostile Bid Schizophrenia Rightly Raises Eyebrows", by Jeffrey Goldfarb, published on June 14, 2010 by Reuters News.

Executed on June 18, 2010



J. Wes Earnhardt