# ERRATA— EXHIBITS 1-3 TO MOTION FOR EXPEDITED DISCOVERY