## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC.,      ) <br>                      ) <br>        Plaintiff,     ) <br> v.     ) <br>                    ) <br> ALIMENTATION COUCHE-TARD INC. and  ) <br> ACT ACQUISITION SUB, INC.,     ) <br>                    ) <br>       Defendants.    ) | C.A. No. 4:10-cv-265 |

COME NOW Robert C. Myers, Richard W. Reinthaler, and Matthew L. DiRisio, lawyers who are not members of the bar of this district, and move to appear in this case pro hac vice on behalf of Alimentation Couche-Tard, Inc. and ACT Acquisition Sub, Inc.

Robert C. Myers, Richard W. Reinthaler, and Matthew L. DiRisio state they are all members in good standing of the bar of the United States District Court for the Southern District

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

CASEY'S GENERAL STORES, INC., )
                  )
       Plaintiff, )
       v. )      C.A. No. 4:10-cv-265
                  )
ALIMENTATION COUCHE-TARD INC. and )
ACT ACQUISITION SUB, INC., )
                  )
       Defendants. )
_____ )   **MOTION FOR ADMISSION**
ALIMENTATION COUCHE-TARD INC. and )   **PRO HAC VICE**
ACT ACQUISITION SUB, INC., )
                  )
       Counterclaim Plaintiffs, )
       v. )
                  )
CASEY'S GENERAL STORES, INC., )
                  )
       Counterclaim Defendant, )
                  )
and )
                  )
ROBERT J. MYERS, KENNETH HAYNIE, )
WILLIAM C. KIMBALL, JOHNNY DANOS, )
DIANE C. BRIDGEWATER, JEFFREY M. )
LAMBERTI, RICHARD A. WILKEY and H. )
LYNN HORAK, )
                  )
       Additional Counterclaim )
       Defendants. )
_____ )

COME NOW Robert C. Myers, Richard W. Reinthaler, and Matthew L. DiRisio, lawyers who are not members of the bar of this district, and move to appear in this case pro hac vice on behalf of Alimentation Couche-Tard, Inc. and ACT Acquisition Sub, Inc.

Robert C. Myers, Richard W. Reinthaler, and Matthew L. DiRisio state they are all members in good standing of the bar of the United States District Court for the Southern District

of New York and that they agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with their pro hac vice representation in this case.

Mr. Robert C. Myers, Richard W. Reinthaler, and Matthew L. DiRisio further state they will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Jay Eaton and Tom Walton, lawyers who have been admitted to the bar of this district under LR 83.1.b and c and who have entered an appearance in this case on behalf of Alimentation Couche-Tard, Inc. and ACT Acquisition Sub, Inc.

Robert C. Myers, Richard W. Reinthaler, and Matthew L. DiRisio state they can be contacted at the following location: Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, New York 10019; Telephone: (212) 259-8000.

DEWEY & LeBOEUF LLP

Robert C. Myers

Richard W. Reinthaler

Matthew L. DiRisio
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8056

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## ELECTRONIC CASE FILING SYSTEM
## ATTORNEY REGISTRATION FORM
### PLEASE TYPE

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Southern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name:  Matthew L. DiRisio

Last Four Digits of Social Security Number:  2546

Firm Name:  Dewey & LeBoeuf LLP

Firm Address:
1301 Avenue of the Americas
New York, New York 10019

Voice Phone Number: 212-259-8056

FAX Phone Number: 212-259-6333

Internet E-Mail Address for electronic notification:  mdirisio@dl.com

Additional E-Mail Address for electronic notification:

Does your E-mail Software support HTML messages?    Yes ✓     No ☐

Do you currently have a login for CM/ECF for the Northern District of Iowa?  Yes ○ No ⊙
If you currently have a login and wish to use the same login id and password in the Southern District, please list the login here:

Secondary Point of Contact: (Person to be contacted if something is filed erroneously)

First/Middle/Last Name:  Sara Kisztelinski

Voice Phone Number:  212-259-7043

Internet E-Mail Address:  skisztelinski@dl.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.      The systems are for use only in cases designated by the U.S. Courts for the Southern District of Iowa.  The systems may be used to file and view electronic documents, docket sheets and notices.

2.      <u>Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form.</u> An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.  If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3.      Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party.  The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4.      Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint.  Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5.      A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center.  Although the court manages the  procedures for electronic filing, all electronic public access to case file documents occurs through PACER.  A PACER login is required in addition to the password issued by the court.  To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6.      By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to:  U.S. Courts
                    Southern District of Iowa
                    Attn: ECF Attorney Registration
                    P.O. Box 9344
                    Des Moines, IA 50306-9344

June 21, 2010
_____
Date                                                      Attorney/Participant Signature

**Existing users of the Iowa Northern District CM/ECF,** who were registered prior to September 2004, are able to login with their Iowa Northern District Accounts and Passwords immediately.

If you experience any problems, contact the CM/ECF help line at 515-284-6388

### COURT USE ONLY:

| | |
|---|---|
| **Login Assigned** | |
| **Password Assigned** | |
| **Issuer** | |
| **Date test email sent** | |
| **Date reply returned** | |
| **Date login sent to user** | |
| **Date Scanned** | |

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## ELECTRONIC CASE FILING SYSTEM
## ATTORNEY REGISTRATION FORM
### PLEASE TYPE

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Southern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name:   Robert C. Myers

Last Four Digits of Social Security Number:   7218

Firm Name:   Dewey & LeBoeuf LLP

Firm Address:
    1301 Avenue of the Americas
    New York, NY 10019

Voice Phone Number:   212.259.8500

FAX Phone Number:   212.259.6333

Internet E-Mail Address for electronic notification:   rmyers@dl.com

Additional E-Mail Address for electronic notification:

Does your E-mail Software support HTML messages?   Yes ✓   No ☐

Do you currently have a login for CM/ECF for the Northern District of Iowa?  Yes ◯  No ◉
If you currently have a login and wish to use the same login id and password in the Southern District, please list the login here:

Secondary Point of Contact: (Person to be contacted if something is filed erroneously)

First/Middle/Last Name:   Angela Assalone

Voice Phone Number:   212.259.7223

Internet E-Mail Address:   aassalone@dl.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  The systems are for use only in cases designated by the U.S. Courts for the Southern District of Iowa. The systems may be used to file and view electronic documents, docket sheets and notices.

2.  <u>Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form.</u> An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4.  Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5.  A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6.  By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to:  U.S. Courts
  Southern District of Iowa
  Attn: ECF Attorney Registration
  P.O. Box 9344
  Des Moines, IA 50306-9344

2

6/9/10
_____
Date

_____
Attorney/Participant Signature

**Existing users of the Iowa Northern District CM/ECF,** who were registered prior to September 2004, are able to login with their Iowa Northern District Accounts and Passwords immediately.

If you experience any problems, contact the CM/ECF help line at 515-284-6388

**COURT USE ONLY:**

| | |
|---|---|
| **Login Assigned** | |
| **Password Assigned** | |
| **Issuer** | |
| **Date test email sent** | |
| **Date reply returned** | |
| **Date login sent to user** | |
| **Date Scanned** | |

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## ELECTRONIC CASE FILING SYSTEM
## ATTORNEY REGISTRATION FORM
### PLEASE TYPE

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Southern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name:  Richard Walter Reinthaler

Last Four Digits of Social Security Number:   5415

Firm Name:  Dewey & LeBoeuf LLP

Firm Address:
      1301 Avenue of the Americas
      New York, NY 10019
Voice Phone Number: 212-259-6090

FAX Phone Number:  212-632-0313

Internet E-Mail Address for electronic notification:   rreinthaler@dl.com

Additional E-Mail Address for electronic notification:  N/A

Does your E-mail Software support HTML messages?      Yes ✓          No ☐

Do you currently have a login for CM/ECF for the Northern District of Iowa?  Yes ○  No ⊙
If you currently have a login and wish to use the same login id and password in the Southern District, please list the login here:

Secondary Point of Contact: (Person to be contacted if something is filed erroneously)

First/Middle/Last Name:  Deborah Agostini

Voice Phone Number:   212-259-6093

Internet E-Mail Address:  dagostini@dl.com

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.  The systems are for use only in cases designated by the U.S. Courts for the Southern District of Iowa. The systems may be used to file and view electronic documents, docket sheets and notices.

2.  <u>Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form.</u> An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3.  Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4.  Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5.  A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6.  By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to:  U.S. Courts
Southern District of Iowa
Attn: ECF Attorney Registration
P.O. Box 9344
Des Moines, IA 50306-9344

2

6/8/10

Date

Richard W. Reinthaler

Attorney/Participant Signature

**Existing users of the Iowa Northern District CM/ECF,** who were registered prior to September 2004, are able to login with their Iowa Northern District Accounts and Passwords immediately.

If you experience any problems, contact the CM/ECF help line at 515-284-6388

**COURT USE ONLY:**

| | |
|---|---|
| **Login Assigned** | |
| **Password Assigned** | |
| **Issuer** | |
| **Date test email sent** | |
| **Date reply returned** | |
| **Date login sent to user** | |
| **Date Scanned** | |

3