**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 4:10-cv-265 |
| v. | ) | |
| | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | **NOTICE OF CONSTITUTIONAL QUESTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1** |
| Counterclaim Defendant, | ) | |
| and | ) | |
| | ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, | ) | |
| | ) | |
| Additional Counterclaim Defendants. | ) | |

Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc., pursuant to Federal Rule of Civil Procedure 5.1, provide the following Notice of Constitutional Questions to the Iowa Attorney General:

1.      On June 18, 2010, Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. filed Counterclaims for Declaratory and Injunctive Relief in the above-captioned matter.

2.      Count III of the Counterclaims seeks a declaratory judgment that Iowa Code Sections 490.624A, 490.1108A and 490.1110 are pre-empted by the Williams Act under the Supremacy Clause of the United States Constitution, art. VI, cl. 2.

3.      Count IV of the Counterclaims seeks a declaratory judgment that Iowa Code Sections 490.624A, 490.1108A and 490.1110 violate the Commerce Clause of the United States Constitution, art. I, sec. 8, cl. 3.

4.      Count V of the Counterclaims seeks a declaratory judgment that Iowa Code Sections 490.624A, 490.1108A and 490.1110 violate the Takings Clauses of the United States Constitution, Amendments V and XIV, and the Iowa Constitution, art. I, sec. 18.

5.      Count VI of the Counterclaims seeks a declaratory judgment that Iowa Code Sections 490.624A, 490.1108A and 490.1110 violate the principles of substantive due process embodied in the Iowa Constitution, art. I, sec. 1.

6.      A copy of this Notice has been delivered by certified mail to the Iowa Attorney General.

NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.

Dated: June 23, 2010                    By: *//s// Jay Eaton*_____
Jay Eaton, Iowa Bar No. 2172
Thomas H. Walton, Iowa Bar No. 3808
Nyemaster, Goode, West, Hansell & O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3158; Fax: (515) 283-8045
E-mail: je@nyemaster.com; thw@nyemaster.com
**ATTORNEYS FOR COUNTERCLAIM PLAINTIFFS**

OF COUNSEL:

DEWEY & LEBOEUF LLP
Robert C. Myers
Richard W. Reinthaler
Matthew L. DiRisio
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8056

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 23rd day of June 2010.

By: *//s// Jay Eaton*
Jay Eaton, Iowa Bar No. 2172