# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ALIMENTATION COUCHE-TARD INC. and ) <br> ACT ACQUISITION SUB, INC., ) <br> ) <br> Defendants. ) <br> _____ ) <br> ALIMENTATION COUCHE-TARD INC. and ) <br> ACT ACQUISITION SUB, INC., ) <br> ) <br> Counterclaim Plaintiffs, ) <br> v. ) <br> ) <br> CASEY'S GENERAL STORES, INC., ) <br> ) <br> Counterclaim Defendant, ) <br> ) <br> and ) <br> ) <br> ROBERT J. MYERS, KENNETH HAYNIE, ) <br> WILLIAM C. KIMBALL, JOHNNY DANOS, ) <br> DIANE C. BRIDGEWATER, JEFFREY M. ) <br> LAMBERTI, RICHARD A. WILKEY and H. ) <br> LYNN HORAK, ) <br> ) <br> Additional Counterclaim ) <br> Defendants. ) | C.A. No. 4:10-cv-265 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

COMES NOW Richard W. Reinthaler, a lawyer who is not a member of the bar of this district, and moves to appear in this case pro hac vice on behalf of Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.

Richard W. Reinthaler states he is a member in good standing of the bar of the United States District Court for the Southern District of New York and that he agrees to submit to and

comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with their pro hac vice representation in this case.

Mr. Richard W. Reinthaler further states he will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Jay Eaton and Tom Walton, lawyers who have been admitted to the bar of this district under LR 83.1.b and c and who have entered an appearance in this case on behalf of Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.

Richard W. Reinthaler states he can be contacted at the following location: Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, New York 10019; Telephone: (212) 259-8056.

DEWEY & LEBOEUF LLP

/s/ Richard W. Reinthaler
Richard W. Reinthaler
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8056