IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., <br><br> Plaintiff, <br> v. <br><br> ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., <br><br> Defendants. | C.A. No. 4:10-cv-265 |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., <br><br> Counterclaim Plaintiffs, <br> v. <br><br> CASEY'S GENERAL STORES, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, <br><br> Additional Counterclaim Defendants. | **MOTION FOR ADMISSION PRO HAC VICE** |

COMES NOW John E. Schreiber, a lawyer who is not a member of the bar of this district, and moves to appear in this case pro hac vice on behalf of Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.

John E. Schreiber states he is a member in good standing of the bar of the United States District Court for the Central District of California and that he agrees to submit to and comply

with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with their pro hac vice representation in this case.

Mr. John E. Schreiber further states he will comply with the associate counsel requirements of LR 83.1.d.4 by associating with Jay Eaton and Tom Walton, lawyers who have been admitted to the bar of this district under LR 83.1.b and c and who have entered an appearance in this case on behalf of Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.

Mr. John E. Schreiber states he can be contacted at the following location: Dewey & LeBoeuf LLP, 333 South Grand Avenue, Suite 2600, Los Angeles, California 90071; Telephone: (213) 621 6370.

DEWEY & LEBOEUF LLP

*/s/ John E. Schreiber*
John E. Schreiber
333 South Grand Avenue
Suite 2600
Los Angeles, California 90071
(213) 621 6370

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**ELECTRONIC CASE FILING SYSTEM
ATTORNEY REGISTRATION FORM
PLEASE TYPE**

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Southern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name:

Last Four Digits of Social Security Number:

Firm Name: _____

Firm Address:


Voice Phone Number:

FAX Phone Number:

Internet E-Mail Address for electronic notification:

Additional E-Mail Address for electronic notification:

Does your E-mail Software support HTML messages?      Yes_____          No _____

Do you currently have a login for CM/ECF for the Northern District of Iowa?   Yes      No
If you currently have a login and wish to use the same login id and password in the Southern District, please list the login here:



Secondary Point of Contact: (Person to be contacted if something is filed erroneously)

First/Middle/Last Name:

Voice Phone Number:

Internet E-Mail Address:
                                .

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The systems are for use only in cases designated by the U.S. Courts for the Southern District of Iowa. The systems may be used to file and view electronic documents, docket sheets and notices.

2. <u>Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form.</u> An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4. Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6. By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to:  U.S. Courts
                     Southern District of Iowa
                     Attn: ECF Attorney Registration
                     P.O. Box 9344
                     Des Moines, IA 50306-9344

_____   _____
Date                                                    Attorney/Participant Signature

**Existing users of the Iowa Northern District CM/ECF,** who were registered prior to September 2004, are able to login with their Iowa Northern District Accounts and Passwords immediately.

If you experience any problems, contact the CM/ECF help line at 515-284-6388

**COURT USE ONLY:**

| | |
|---|---|
| **Login Assigned** | |
| **Password Assigned** | |
| **Issuer** | |
| **Date test email sent** | |
| **Date reply returned** | |
| **Date login sent to user** | |
| **Date Scanned** | |

3