# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 4:10-cv-00265 |
| v. ) | |
| ) | |
| ALIMENTATION COUCHE-TARD INC. and ) | |
| ACT ACQUISITION SUB, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ALIMENTATION COUCHE-TARD INC. and ) | |
| ACT ACQUISITION SUB, INC., ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| v. ) | |
| ) | |
| CASEY'S GENERAL STORES, INC., ) | **ACCEPTANCE OF SERVICE** |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, ) | |
| WILLIAM C. KIMBALL, JOHNNY DANOS, ) | |
| DIANE C. BRIDGEWATER, JEFFREY M. ) | |
| LAMBERTI, RICHARD A. WILKEY and H. ) | |
| LYNN HORAK, ) | |
| ) | |
| Additional Counterclaim ) | |
| Defendants. ) | |

I, Edward W. Remsburg, Counsel for Plaintiff, Casey's General Stores, Inc., represent that I have authority to accept service of the Summons and Defendants' Answer, Affirmative Defenses and Counterclaims for Declaratory and Injunctive Relief in the above-captioned case on behalf of Counterclaim Defendants Robert J. Myers, Kenneth Haynie, William C. Kimball, Johnny Danos, Diane C. Bridgewater, Jeffery M. Lamberti, Richard A. Wilkey and H. Lynn

Horak. I hereby accept service of the Summons and Defendants' Answer, Affirmative Defenses and Counterclaims for Declaratory and Injunctive Relief, and acknowledge receipt of a copy of said documents at the date and place set forth below.

I certify under penalty of perjury and pursuant to the laws of the United States of America that the above is true and correct.

Date: June 28, 2010 at Des Moines, Iowa.

/s/ Edward W. Remsburg
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
J. Wes Earnhardt
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1422
Facsimile: (212) 474-3700
Email: rbaron@cravath.com
wearnhardt@cravath.com

Electronically filed.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on this 28 day of June 2010.

By:  ☐ U.S. Mail   ☐ Fax   ☐ Hand Delivery
     ☒ Electronically through CM-ECF / Email

**Signature:** /s/ Amanda G. Wachuta

2

Copy via email to:

Jay Eaton
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Phone: (515) 283-3158
Fax: (515) 283-3108
Email: je@nyemaster.com