**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

---

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) | |
| Plaintiff, | ) | C.A. No. 4:10-cv-265 |
| v. | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) | |
| Defendants. | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) | |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| Counterclaim Defendant, | ) | |
| and | ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, | ) | |
| Additional Counterclaim Defendants. | ) | |

---

**UNOPPOSED MOTION OF ALIMENTATION COUCHE-TARD INC. AND ACT ACQUISITION SUB, INC. FOR EXTENSION OF TIME TO RESIST MOTION FOR PRELIMINARY INJUNCTION BY CASEY'S GENERAL STORES, INC.**

Defendants and Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. (collectively, "Couche-Tard" unless otherwise noted), pursuant to Local

Rule 7(k), in support of its Unopposed Motion for Extension of Time to Resist Motion for Preliminary Injunction states:

1. On June 18, 2010 Casey's filed a Motion for Preliminary Injunction.

2. On June 23, 2010 the Court held a status hearing during which the scheduling of a hearing on Casey's Motion for Preliminary Injunction was discussed. The Court has not issued its ruling thereon.

3. July 6, 2010 is the deadline pursuant to the local rules for filing Couche-Tard's Resistance to Casey's Motion for Preliminary Injunction. This deadline has not been continued or extended previously.

4. Couche-Tard understood from the status hearing that a prehearing schedule would be established by the Court, which would include a date for the filing of Couche-Tard's Resistance to Casey's Motion for Preliminary Injunction.

5. Accordingly, Couche-Tard requests that its deadline for filing a Resistance to Casey's Motion for Preliminary Injunction be extended subject to the Court's ruling establishing the date for a hearing on Casey's Motion and related prehearing deadlines.

6. Casey's consents to this Motion.

WHEREFORE, Defendants and Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. request their July 6, 2010 deadline to file a Resistance to Casey's Motion for Preliminary Injunction be extended subject to the terms of this Court's ruling regarding the date of hearing thereon and related prehearing deadlines.

|  |  |
|---|---|
|  | NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C. |
| Dated: July 6, 2010 | By: *//s// Jay Eaton*<br>Jay Eaton, Iowa Bar No. 2172<br>Thomas H. Walton, Iowa Bar No. 3808<br>Nyemaster, Goode, West, Hansell & O'Brien, P.C.<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309-3899<br>Telephone: (515) 283-3158; Fax: (515) 283-8045<br>E-mail: je@nyemaster.com<br>thw@nyemaster.com<br>**ATTORNEYS FOR COUNTERCLAIM PLAINTIFFS** |

OF COUNSEL:

DEWEY & LEBOEUF LLP
Robert C. Myers
Richard W. Reinthaler
Matthew L. DiRisio
John E. Schreiber
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8056

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 6th day of July 2010.

By: *//s// Jay Eaton*
Jay Eaton, Iowa Bar No. 2172