# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC.,<br><br>            Defendants. | Civil Action No.  4:10-cv-265<br><br>ECF CASE |
| ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC.,<br><br>           Counterclaim Plaintiffs,<br><br>     v.<br><br>CASEY'S GENERAL STORES, INC.,<br><br>           Counterclaim Defendant,<br>and<br><br>ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY AND H. LYNN HORAK,<br><br>          Additional Counterclaim Defendants | |

## UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT APPLICABLE TO COUNTERCLAIM DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS ALL COUNTERCLAIMS

Pursuant to Local Rule 7(h), Counterclaim Defendant Casey's General Stores, Inc. ("Casey's" or the "Company") and Counterclaim Defendants Robert J. Myers, Kenneth Haynie, William C. Kimball, Johnny Danos, Diane C. Bridgewater, Jeffrey M. Lamberti,

Richard A. Wilkey and H. Lynn Horak (the "Board") (collectively, "Counterclaim Defendants") respectfully request leave to file their Memorandum of Law in Support of their Motion to Dismiss All Counterclaims ("Memorandum") filed by Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. ("Couche-Tard") with 20 pages more than the 20-page limit set by the Local Rules.

Counterclaim Defendants' request is supported by good cause because the legal issues pertinent to the Memorandum are complex and the Memorandum responds to each of Couche-Tard's Counterclaims, which assert seven separate counts, including (i) claims under the Federal securities laws, (ii) claims for breach of fiduciary duties and (iii) challenges to three separate provisions of the Iowa Statutory Code under four separate provisions of the Federal and Iowa Constitutions.

Counsel for Counterclaim Defendants conferred with counsel for Couche-Tard with respect to Counterclaim Defendants' request for 20 additional pages. Couche-Tard has consented to Counterclaim Defendants' filing of a brief of 40 pages in support of its motion to dismiss. Therefore, this motion is unopposed.

July 12, 2010

/s/ Edward W. Remsburg
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
J. Wes Earnhardt
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue

                                  New York, NY 10019
                                  Telephone:  (212) 474-1422
                                  Facsimile:  (212) 474-3700
                                  Email:  rbaron@cravath.com
                                                      wearnhardt@cravath.com

Electronically filed.

Electronically served on all parties.

**CERTIFICATE OF SERVICE**

**The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on <u>July 12, 2010.</u>**

| **By** | ☐ **U.S. Mail** | ☐ **Fax** |
|---|---|---|
| | ☐ **Hand Delivery** | ☐ **Private Carrier** |
| | ☒ **Electronically through CM-ECF / Email** | |

**Signature**_/s/ Amanda G. Wachuta_____