**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., <br><br> Plaintiff, <br> v. <br><br> ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., <br><br> Defendants. <br><br> ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., <br><br> Counterclaim Plaintiffs, <br> v. <br><br> CASEY'S GENERAL STORES, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, <br><br> Additional Counterclaim Defendants. | C.A. No. 4:10-cv-265 <br><br><br><br><br><br> **APPEARANCE OF THOMAS H. WALTON** |

COME NOW Thomas H. Walton, of the firm of Nyemaster, Goode, West, Hansell & O'Brien, P.C., and enters his appearance in the above-captioned matter on behalf of Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.

1

By: *//s// Thomas H. Walton*
Thomas H. Walton
NYEMASTER, GOODE, WEST, HANSELL &
O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-8003
Facsimile: (515) 283-3108
E-Mail: twalton@nyemaster.com

**ATTORNEY FOR COUNTERCLAIM PLAINTIFFS**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 13th day of July, 2010.

By: *//s// Thomas H. Walton*