IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., <br><br> Plaintiff, <br> v. <br><br> ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., <br><br> Defendants. | C.A. No. 4:10-cv-265 <br><br> ECF CASE |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., <br><br> Counterclaim Plaintiffs, <br> v. <br><br> CASEY'S GENERAL STORES, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, <br><br> Additional Counterclaim Defendants. | |

**DECLARATION OF MATTHEW L. DIRISIO IN SUPPORT OF
ALIMENTATION COUCHE-TARD INC.'S AND ACT ACQUISITION SUB,
INC.'S MEMORANDUM OF LAW IN RESISTANCE TO CASEY'S
MOTION FOR A PRELIMINARY INJUNCTION AND IN SUPPORT OF
THEIR MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Matthew L. DiRisio, Esq., submit this declaration upon personal knowledge:

1. I am an associate with the law firm of Dewey & LeBoeuf LLP, counsel for defendants Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. (collectively, "Defendants"). I am an attorney admitted to practice law in the State of New York and admitted *pro hac vice* in this action. I submit this declaration in support of Alimentation Couche-Tard Inc.'s and ACT Acquisition Sub, Inc.'s Memorandum of Law in Resistance to Casey's Motion for a Preliminary Injunction and in Support of Their Motion for Judgment on the Pleadings.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' Tender Offer Statement ("Schedule TO"), dated June 2, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories, served on July 14, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of a letter from Alain Bouchard to Robert Myers, dated March 9, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of a letter from Myers to Bouchard, dated March 29, 2010.

6. Attached hereto as Exhibit E is a true and correct copy of a letter from Bouchard to Myers, dated March 30, 2010.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Myers to Bouchard, dated April 7, 2010.

8. Attached hereto as Exhibit G is a true and correct copy of a letter from Bouchard to Myers, dated April 9, 2010, which was filed with the SEC.

9. Attached hereto as Exhibit H is a true and correct copy of a response letter from Myers to Bouchard, dated April 9, 2010, which was publicly filed.

10. Attached hereto as Exhibit I is a true and correct copy of a press release by Defendants, dated April 9, 2010.

11. Attached hereto as Exhibit J is a true and correct copy of Casey's General Stores, Inc. Historical Prices, April 9-25 (Google Finance), available at http://www.google.com/finance/historical?cid=87392&startdate=Apr+9,+2010&enddate=Apr+25,+2010).

12. Attached hereto as Exhibit K is a true and correct copy of Casey's, Solicitation/Recommendation Statement (Schedule 14D-9), dated June 8, 2010 ("14D-9").

13. Attached hereto as Exhibit L is a true and correct copy of Casey's General Stores, Inc. Historical Prices, June 2 – July 14 (Google Finance), available at http://www.google.com/finance/historical?cid=87392&startdate=June+2,+2010&enddate=Jul+14,+2010.

14. Attached hereto as Exhibit M is a true and correct copy of the Petition in Equity, *Mercier v. Casey's General Stores, Inc.*, No. CE65196 (Iowa Dist. Ct. for Polk Co. filed Apr. 28, 2010).

15. Attached hereto as Exhibit N is a true and correct copy of the Class Action Petition, *Howie v. Myers*, No. CL118607 (Iowa Dist. Ct. for Polk Co. filed Jan. 29, 2010).

16. Attached hereto as Exhibit O is a true and correct copy of a letter from ClearBridge Advisors, LLC to Casey's Board of Directors, dated June 28, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
July 14, 2010

_____
Matthew L. DiRisio