**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

_____

|  |  |  |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 4:10-cv-265 |
| v. | ) | |
| | ) | |
| ALIMENTATION COUCHE-TARD INC. and | ) | |
| ACT ACQUISITION SUB, INC., | ) | |
| | ) | |
| Defendants. | ) | **UNOPPOSED MOTION FOR** |
| _____ | ) | **EXTENSION OF DEADLINE BY** |
| ALIMENTATION COUCHE-TARD INC. and | ) | **DEFENDANTS/COUNTERCLAIM** |
| ACT ACQUISITION SUB, INC., | ) | **PLAINTIFFS ALIMENTATION** |
| | ) | **COUCHE-TARD INC. AND** |
| Counterclaim Plaintiffs, | ) | **ACT ACQUISITION SUB, INC.** |
| v. | ) | |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, | ) | |
| WILLIAM C. KIMBALL, JOHNNY DANOS, | ) | |
| DIANE C. BRIDGEWATER, JEFFREY M. | ) | |
| LAMBERTI, RICHARD A. WILKEY and H. | ) | |
| LYNN HORAK, | ) | |
| | ) | |
| Additional Counterclaim | ) | |
| Defendants. | ) | |

_____

**UNOPPOSED MOTION FOR EXTENSION OF DEADLINE BY
DEFENDANTS/COUNTERCLAIM PLAINTIFFS ALIMENTATION COUCHE-TARD
INC. AND ACT ACQUISITION SUB, INC.**

Pursuant to Local Rule 7(k), Defendants/Counterclaim Plaintiffs Alimentation Couche-

Tard Inc. and ACT Acquisition Sub, Inc. (collectively, "Couche-Tard") respectfully request that

the Court extend their time to respond to the Motion to Dismiss All Counterclaims filed by

Plaintiff/Counterclaim Defendant Casey's General Stores, Inc. and Counterclaim Defendants

Robert J. Myers, Kenneth Haynie, William C. Kimball, Johnny Danos, Diane C. Bridgewater,

Jeffrey M. Lamberti, Richard A. Wilkey, and H. Lynn Horak to and including August 11, 2010.

Couche-Tard's request is supported by good cause because:

1.      On July 12, 2010, Plaintiff/Counterclaim Defendants filed a Motion to Dismiss

All Counterclaims asserted by Couche-Tard against them (the "Motion to Dismiss").

2.      The existing deadline for Couche-Tard to respond to the Motion to Dismiss is

July 29, 2010.

3.      This deadline has not previously been extended.

4.      The legal issues and facts pertinent to Couche-Tard's response to the Motion to

Dismiss are complex, and require analysis of, among other things, claims relating to Iowa

statutory law, state and federal Constitutional principles, the federal securities laws and common

law fiduciary duties.

5.      Pursuant to Local Rule 7(l), counsel for Couche-Tard conferred with counsel for

Plaintiff/Counterclaim Defendants with respect to Couche-Tard's request for an extension of the

filing deadline to and including August 11, 2010.  Plaintiff/Counterclaim Defendants consented

to this extension.  Therefore, this motion is unopposed.

6.      The Court previously set the due date for completion of discovery relating to

Plaintiff/Counterclaim Defendant's Motion for Preliminary Injunction as August 16, 2010.  The

Court also ordered that the hearing on Plaintiff/Counterclaim Defendant's Motion for

Preliminary Injunction, to the extent the Court finds a hearing necessary, shall be held on August

23, 2010.

For the foregoing reasons, Couche-Tard respectfully requests that the Court extend their deadline to respond to the Motion to Dismiss to and including August 11, 2010.

NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.

Dated: July 23, 2010

By: *//s//Thomas H. Walton* _____

Jay Eaton, Iowa Bar No. 2172
Thomas H. Walton, Iowa Bar No. 3808
Nyemaster, Goode, West, Hansell & O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309-3899
Telephone: (515) 283-3158; Fax: (515) 283-8045
E-mail: je@nyemaster.com
thw@nyemaster.com

OF COUNSEL:

DEWEY & LEBOEUF LLP
Robert C. Myers
Richard W. Reinthaler
John E. Schreiber
Matthew L. DiRisio
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000

**ATTORNEYS FOR DEFENDANTS/
COUNTERCLAIM PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 23rd day of July, 2010.

By: *//s// Thomas H. Walton* _____