UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC.,<br><br>                                        Plaintiff,<br><br>v.<br><br>ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC.,<br><br>                                    Defendants. | **Civil Action No. 4:10-cv-265**<br><br>**ECF CASE** |
| ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC.,<br><br>                      Counterclaim Plaintiffs,<br><br>v.<br><br>CASEY'S GENERAL STORES, INC.,<br><br>                      Counterclaim Defendant,<br>and<br><br>ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY AND H. LYNN HORAK,<br><br>                      Additional Counterclaim Defendants | |

**UNOPPOSED MOTION TO EXCEED THE PAGE LIMIT
APPLICABLE TO PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Local Rule 7(h), Plaintiff Casey's General Stores, Inc. ("Casey's" or "Plaintiff") respectfully requests leave to file Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings ("Opposition") with 6 pages more than the 20-page limit set by the

Local Rules.  Casey's request is supported by good cause because the legal issues pertinent to the Opposition are complex and the Opposition addresses Defendants' challenges to each of Casey's three claims for relief, two of which contain several elements.

Counsel for Casey's conferred with counsel for Defendants with respect to its request for 6 additional pages.  Defendants have consented to Casey's filing of a brief of 26 pages in opposition to Defendants' Motion for Judgment on the Pleadings.  Therefore, this motion is unopposed.

August 2, 2010

/s/ Edward W. Remsburg
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
J. Wes Earnhardt
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1422
Facsimile:  (212) 474-3700
Email: rbaron@cravath.com
wearnhardt@cravath.com

Electronically filed.

Electronically served on all parties.

**CERTIFICATE OF SERVICE**

**The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on August 2, 2010.**

**By** ☐ **U.S. Mail**   ☐ **Fax**

☐ **Hand Delivery**   ☐ **Private Carrier**

☒ **Electronically through CM-ECF / Email**

**Signature /s/ Amanda G. Wachuta**