**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALIMENTATION COUCHE-TARD INC. and )<br>ACT ACQUISITION SUB, INC., )<br>)<br>Defendants. )<br>_____ )<br>ALIMENTATION COUCHE-TARD INC. and )<br>ACT ACQUISITION SUB, INC., )<br>)<br>Counterclaim Plaintiffs, )<br>v. )<br>)<br>CASEY'S GENERAL STORES, INC., )<br>)<br>Counterclaim Defendant, )<br>)<br>and )<br>)<br>ROBERT J. MYERS, KENNETH HAYNIE, )<br>WILLIAM C. KIMBALL, JOHNNY DANOS, )<br>DIANE C. BRIDGEWATER, JEFFREY M. )<br>LAMBERTI, RICHARD A. WILKEY and H. )<br>LYNN HORAK, )<br>)<br>Additional Counterclaim )<br>Defendants. )<br>_____ ) | C.A. No. 4:10-cv-265<br><br>**ACT ACQUISITION SUB, INC.'S<br>DISCLOSURE STATEMENT**<br><br>ECF CASE |

As required by Local Rule 7.1, Defendant and Counterclaim Plaintiff ACT Acquisition Sub, Inc. provides the following information to the court:

(a)     The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a

1

parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:

- Defendant and Counterclaim Plaintiff Alimentation Couche-Tard Inc.

(b) ACT Acquisition Sub, Inc. is a wholly owned subsidiary of Defendant and Counterclaim Plaintiff Alimentation Couche-Tard Inc.

Dated: August 10, 2010

                                                     NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.

/s/ *Thomas H. Walton*
Jay Eaton
Thomas H. Walton (#3808)
700 Walnut Street
Suite 1600
Des Moines, Iowa 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-3108
Email: je@nyemaster.com
Email: twalton@nyemaster.com

and

DEWEY & LEBOEUF LLP
Richard W. Reinthaler
John E. Schreiber
Matthew L. DiRisio
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Email: rreinthaler@dl.com
Email: jschreiber@dl.com
Email: mdirisio@dl.com

*Attorneys for Defendants-Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.*

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 10th day of August, 2010.

      By: *//s// Thomas H. Walton*