IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 4:10-cv-265 |
| ) | |
| ALIMENTATION COUCHE-TARD INC. and ) | **ALIMENTATION COUCHE-TARD** |
| ACT ACQUISITION SUB, INC., ) | **INC.'S DISCLOSURE STATEMENT** |
| ) | |
| Defendants. ) | ECF CASE |
| _____ ) | |
| ALIMENTATION COUCHE-TARD INC. and ) | |
| ACT ACQUISITION SUB, INC., ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| v. ) | |
| ) | |
| CASEY'S GENERAL STORES, INC., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, ) | |
| WILLIAM C. KIMBALL, JOHNNY DANOS, ) | |
| DIANE C. BRIDGEWATER, JEFFREY M. ) | |
| LAMBERTI, RICHARD A. WILKEY and H. ) | |
| LYNN HORAK, ) | |
| ) | |
| Additional Counterclaim ) | |
| Defendants. ) | |
| _____ ) | |

As required by Local Rule 7.1, Defendant and Counterclaim Plaintiff Alimentation Couche-Tard Inc. ("Couche-Tard") provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Couche-Tard as a

parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Couche-Tard's outcome in the case:

- Defendant and Counterclaim Plaintiff ACT Acquisition Sub, Inc., Alimentation Couche-Tard inc., 2427-8145 Québec inc., 2845-2746 Québec inc., 3053854 Nova Scotia Company, 3055854 Nova Scotia Company, 4402723 Canada inc., 3073002 Nova Scotia Company, 3073003 Nova Scotia Company, 3887961 Canada inc., 9103-4793 Québec inc., 9109-8210 Québec inc., 911449 Alberta Ltd., 9121-2738 Québec inc., Administration Jalin inc., Couche-Tard inc., Couche-Tard / Mac's L.P., Dépan-Escompte Couche-Tard inc., Distribution Couche-Tard inc., Dunkin Donuts Master Franchisee Québec inc., Fiducie Financière ACT, Mac's Convenience Stores Inc., Magasins Couche-Tard inc, Société en Commandite ACT, Tabatout inc., Couche-Tard U.S. G.P., Couche-Tard Financing Corp., Mac's Convenience Stores LLC, Mac's Holding Company LLC, Mac's Holding Company II LLC, Mac's Franchise Management LLC, Carwash Columbus GA, Inc., Circle K Massachusetts LLC, Circle K Vermont Inc., The Circle K Corporation, Circle K Stores Inc., Circle K Delaware inc., Circle K / Mac's G.P., Circle K / Mac's LLC, Circle K Enterprises Inc., Sildel Corporation, TMC Franchise Corporation, Circle K Licensing Company Inc., Smile Mart Franchise Inc., Southwest Land Urban Growth LLC, Circle K Terminal LLC, RDK Ventures LLC, National Petroleum Trucking LLC, Circle K Procurement LLC, Hop-In-Foods Stores Inc., Silmic Corporation, Hop-In Michigan Inc., Mac's

2

       Hungary Services Limited Liability Company LLC, and Mac's Luxembourg SA.

    (b)    Each entity set forth in subsection (a) above is a wholly-owned subsidiary of Couche-Tard except for (i) Circle K Licensing Company Inc., in which Couche-Tard owns a 48% interest and (ii) RDK Ventures LLC, in which Couche-Tard owns a 50.01% interest.

Dated: August 10, 2010

                                                     NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.

                                                     /s/ *Thomas H. Walton*  
                                                     Jay Eaton  
                                                     Thomas H. Walton (#3808)  
                                                     700 Walnut Street  
                                                     Suite 1600  
                                                     Des Moines, Iowa 50309  
                                                     Telephone: (515) 283-3100  
                                                     Facsimile: (515) 283-3108  
                                                     Email: je@nyemaster.com  
                                                     Email: twalton@nyemaster.com

                                                     and

                                                     DEWEY & LEBOEUF LLP  
                                                     Richard W. Reinthaler  
                                                     John E. Schreiber  
                                                     Matthew L. DiRisio  
                                                     1301 Avenue of the Americas  
                                                     New York, New York 10019  
                                                     Telephone: (212) 259-8000  
                                                     Facsimile: (212) 259-6333  
                                                     Email: rreinthaler@dl.com  
                                                     Email: jschreiber@dl.com  
                                                     Email: mdirisio@dl.com

                                                     *Attorneys for Defendants-Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 10th day of August, 2010.

                                          By: *//s// Thomas H. Walton*