# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 4:10-cv-265 |
| v. | ) | |
| | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) ) | |
| | ) | |
| Defendants. | ) | **UNOPPOSED MOTION TO FILE** |
| | ) | **OVERLENGTH RESISTANCE** |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) ) | **TO PLAINTIFF'S MOTION TO DISMISS** |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, | ) ) ) ) ) | |
| | ) | |
| Additional Counterclaim Defendants. | ) ) | |

Defendants/Counterclaim Plaintiffs Alimentation Couche-Tard Inc. and ACT Acquisition Sub, Inc. (collectively "Couche-Tard"), pursuant to Local Rule 7(h), request leave to file an overlength Resistance to the Motion to Dismiss All Counterclaims filed by Plaintiff/Counterclaim Defendant Casey's General Stores, Inc., and in support, state:

1

1.	Couche-Tard has attached hereto its Resistance to Casey's Motion to Dismiss, which exceeds the page limit for briefs under the local rules.

2.	Couche-Tard's request for leave to file an overlength Resistance is supported by good cause because the issues pertinent to Casey's Motion to Dismiss and Couche-Tard's Resistance thereto are many and complex.

3.	Counsel for Couche-Tard has conferred with counsel for Casey's with respect to this motion, and Casey's has no objection to Couche-Tard's filing an overlength Resistance to Casey's Motion to Dismiss.

WHEREFORE, Defendants/Counterclaim Plaintiffs request leave to file the attached overlength Resistance to Casey's Motion to Dismiss.

NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.

Dated: August 11, 2010

By: //s// Jay Eaton
Jay Eaton, Iowa Bar No. 2172
Thomas H. Walton, Iowa Bar No. 3808
Nyemaster, Goode, West, Hansell & O'Brien, P.C.
700 Walnut, Suite 1600
Des Moines, Iowa 50309-3899
Telephone: (515) 283-3158; Fax: (515) 283-8045
E-mail: je@nyemaster.com
           thw@nyemaster.com
**ATTORNEYS FOR COUNTERCLAIM PLAINTIFFS**

OF COUNSEL:

DEWEY & LEBOEUF LLP
Robert C. Myers
Richard W. Reinthaler
Matthew L. DiRisio
John E. Schreiber
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8056
**ATTORNEY FOR COUNTERCLAIM PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing instrument was served electronically by the U.S. District Court Clerk or by U.S. Mail by the undersigned upon all parties to the above-cause as disclosed herein on the 11th day of August, 2010.

      By:  *//s// Jay Eaton* _____