# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALIMENTATION COUCHE-TARD, INC. ET. AL., <br><br> Defendants. | No. 4:10-cv-00265-JAJ <br><br><br> **ORDER** |

This matter comes before the Court pursuant to a status conference held on August 17, 2010, as to Plaintiff's motion for a preliminary injunction. Pursuant to the parties' agreement at the status conference, the parties shall simultaneously submit a stipulated factual record, on which the parties will rely on for the preliminary injunction motion. The parties shall file a stipulated factual record by close of business day, Thursday, August 26, 2010.

This matter is set for oral argument on September 1, 2010, at 9:00 am at the Des Moines Courthouse.

**IT IS SO ORDERED**

**DATED** this 17th day of August, 2010.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA