**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 4:10-cv-265 |
| v. | ) | |
| | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CASEY'S GENERAL STORES, INC., | ) | |
| | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, | ) ) ) ) ) | |
| | ) | |
| Additional Counterclaim Defendants. | ) ) | |

This matter comes before the Court pursuant to the parties' Joint Motion for Scheduling Order Regarding Amended Counterclaims filed September 9, 2010.  On August 24, 2010 Defendants filed their Amended Answer, Affirmative Defenses and Counterclaims for Declaratory and Injunctive Relief ("Amended Counterclaims") [Dkt. 61].  As a result of discussions among counsel and the Court on September 1, 2010 about a schedule for briefing a

supplemental motion to dismiss to be filed by Counterclaim Defendants directed to those claims and allegations that are newly asserted in Defendants' Amended Counterclaims (the "Supplemental Motion to Dismiss"), the parties have agreed upon a briefing schedule.  Based upon that Joint Motion and the agreed upon briefing schedule,

**IT IS ORDERED** that Counterclaim Defendants' brief in support of their Supplemental Motion to Dismiss shall be filed on or before September 23, 2010; Defendants' resistance thereto shall be filed on or before October 8, 2010; and Counterclaim Defendants' reply thereto shall be filed on or before October 18, 2010.

**DATED** this _____ day of September 2010.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA