**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| CASEY'S GENERAL STORES, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 4:10-cv-265 |
| v. | ) ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) ) ) | |
| Defendants. | ) ) ) | |
| ALIMENTATION COUCHE-TARD INC. and ACT ACQUISITION SUB, INC., | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | **JOINT MOTION FOR SCHEDULING ORDER REGARDING AMENDED COUNTERCLAIMS** |
| CASEY'S GENERAL STORES, INC., | ) ) | |
| Counterclaim Defendant, | ) ) | |
| and | ) ) | |
| ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK, | ) ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) | |

In support of this Joint Motion, the parties state:

1.       On June 18, 2010 Defendants filed their original Answer, Affirmative Defenses and Counterclaims for Declaratory and Injunctive Relief.  [Dkt. 13]

2.       On July 12, 2010 Counterclaim Defendants filed their Motion to Dismiss all Counterclaims.  [Dkt. 29]

3.      The parties have filed all of their respective papers (motion and brief, resistance and reply) concerning Defendants' original Counterclaims.

4.      On August 24, 2010 Defendants filed their Amended Answer, Affirmative Defenses and Counterclaims for Declaratory and Injunctive Relief ("Amended Counterclaims"). [Dkt. 61]

5.      Pursuant to discussions among counsel and the Court on September 1, 2010 about a schedule for briefing a supplemental motion to dismiss to be filed by Counterclaim Defendants directed to those claims and allegations that are newly asserted in Defendants' Amended Counterclaims (the "Supplemental Motion to Dismiss"), the parties have agreed upon the following briefing schedule:

  a. Counterclaim Defendants' brief in support of their Supplemental Motion to Dismiss shall be filed on or before September 23, 2010;

  b. Defendants' resistance thereto shall be filed on or before October 8, 2010; and

  c. Counterclaim Defendants' reply thereto shall be filed on or before October 18, 2010.

6.      The parties jointly request that the Court enter an order setting forth the foregoing schedule.

Respectfully submitted,

CASEY'S GENERAL STORES, INC., ROBERT J. MEYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY AND H. LYNN HORAK

/s/ Edward W. Remsburg_____
Edward W. Remsburg (AT0006511)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: eremsburg@ahlerslaw.com

Robert H. Baron
J. Wes Earnhardt
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212/474-1422
Facsimile: 212/474-3700

ALIMENTATION COUCHE-TARD INC. AND ACT ACQUISITION SUB, INC.

/s/ Jay Eaton_____
Jay Eaton
Thomas H. Walton
NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515/283-3100
Facsimile : 515/283-8045
E-mail: je@nyemaster.com

Richard W. Reinthaler
John E. Schreiber
Matthew L. DiRisio
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212/259-8000