# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| CASEY'S GENERAL STORES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC., <br><br> Defendants. | Civil Action No. 4:10-cv-265 <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** <br><br> **ECF CASE** |
| ALIMENTATION COUCHE-TARD INC., ACT ACQUISITION SUB, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> CASEY'S GENERAL STORES, INC., <br><br> Counterclaim Defendant, <br><br> and <br><br> ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY AND H. LYNN HORAK, <br><br> Additional Counterclaim Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and among all parties to this action, pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Local Rule 41, that all claims and counterclaims that have been asserted in the above-captioned action shall be and hereby are dismissed without prejudice and with all parties to bear their own costs and attorneys' fees.

October 6, 2010

**CASEY'S GENERAL STORES, INC., ROBERT J. MYERS, KENNETH HAYNIE, WILLIAM C. KIMBALL, JOHNNY DANOS, DIANE C. BRIDGEWATER, JEFFREY M. LAMBERTI, RICHARD A. WILKEY and H. LYNN HORAK,**
By Counsel:

/s
_____
Edward W. Remsburg
Bar No. AT0006511
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309
Telephone: (515) 243-7611
Facsimile: (515) 243-2149
eremsbur@ahlerslaw.com

Of Counsel:
Robert H. Baron
J. Wes Earnhardt
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
rbaron@cravath.com
wearnhardt@cravath.com

**ALIMENTATION COUCHE-TARD INC. and**
**ACT ACQUISITION SUB, INC.**
By Counsel:

_____/s_____
Jay Eaton (#2172)
Thomas H. Walton (#3808)
NYEMASTER, GOODE, WEST, HANSELL,
& O'BRIEN, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: (515) 283-3100
Facsimile: (515) 283-3108
Email: je@nyemaster.com
Email: twalton@nyemaster.com


Of Counsel:
Richard W. Reinthaler
John E. Schreiber
Matthew L. DiRisio
DEWEY & LEBOUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333
Email: rreinthaler@dl.com
Email: jschreiber@dl.com
Email: mdirisio@dl.com

Electronically filed.

Electronically served on all parties.

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on

<u>October 6, 2010.</u>

| By | ☐ U.S. Mail | ☐ Fax |
|---|---|---|
|  | ☐ Hand Delivery | ☐ Overnight Carrier |
|  | X Electronically through CM-ECF | ☐ E-mail |

Signature_____/s/ Edward W. Remsburg_____